Decided February 3, 2012

## STATE OF CONNECTICUT *v.* CHARLES MARSHALL
## STATE OF CONNECTICUT *v.* RICHARD MARSHALL

The defendants' petition for certification for appeal from the Appellate Court, 132 Conn. App. 718 (AC 32399/AC 32403), is denied.

*Kirstin B. Coffin,* assigned counsel, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided February 3, 2012